# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois
EASTERN DIVISION

| | |
|---|---|
| In re    Charles Kwarteng; Debtor | Case No.    11-48079 |
| | Chapter    13 |

**Response to Notice of Final Cure Payment**

| | |
|---|---|
| **Name of Creditor:** Wells Fargo Bank, N.A. | **Last four digits** of any number you use to identify the debtor's account 4168 |
| **Uniform Claim Identifier:** ___n/a_____ | **Court Claim No. (if known):** |

**Part 1: Status of Payments on Claim and Post-Petition Payments**

**In response to the Trustee's Notice of Final Cure Payment, Creditor states that:**

**Section A: Status of Claim Amounts (Choose ONE in Section A)**

☒  As of 1/5/2017, Debtor(s) has paid in full the amount required to cure the default on the Creditor's claim.

☐  As of _____, Debtor(s) has **not** paid in full the amount required to cure the default on the Creditor's claim.

   ☐ The Creditor contends that the amounts itemized in Part 2 below remain unpaid.

   ☐ The Creditor contends that Trustee disbursement(s) totaling _____ have not yet been posted to the account. With the application of those funds, the Debtor(s) will have paid in full the amount required to cure the default on the Creditor's claim.

**Section B: Status of Post-Petition Payments, Fees, Expenses and Charges (Choose ONE in Section B)**

☒  **Post-Petition Payments Paid by Debtor(s)**

   ☒ As of 1/5/2017, the Creditor agrees that Debtor(s) is current on all post-petition payments, fees, expenses and charges. Debtor(s) is due post-petition for 1/1/2017.

   ☐ As of _____, the Creditor disagrees that the Debtor(s) is current on all post-petition payments, fees, expenses and charges. The Creditor contends that the post-petition payments, fees, expenses and charges itemized in Part 3 below remain unpaid.

☐  **Post-Petition Payments Paid by Trustee**

   ☐ As of 1/5/2017, the Creditor agrees that Debtor(s) is current on all post-petition payments consistent with Section 1322(b)(5) including all fees, charges, expenses, escrow and costs. Debtor(s) is due post-petition for.

      ☐ The Creditor contends that Trustee disbursement(s) totaling _____ have not yet been posted to the account. With the application of those funds, the Debtor(s) will be current with all post-petition payments consistent with Section 1322(b)(5) including all fees, charges, expenses, escrow and costs.

   ☐ As of _____, Creditor disagrees that the Debtor(s) is current on all post-petition payments, fees, expenses and/or charges consistent with Section 1322(b)(5). The Creditor contends that the post-petition payments, fees, expenses and charges itemized in Part 3 below remain unpaid.

**Part 2: Itemization of Claim Amounts not Cured by Debtor(s)**

| Description | Amount |
|---|---|
| **1. Late charges** | (1) _____ |
| **2. Non-sufficient funds (NSF) fee** | (2) _____ |
| **3. Attorney's fees** | (3) _____ |
| **4. Filing fees and court costs** | (4) _____ |
| **5. Advertisement costs** | (5) _____ |
| **6. Sheriff/auctioneer fees** | (6) _____ |
| **7. Title costs** | (7) _____ |
| **8. Recording fees** | (8) _____ |
| **9. Appraisal/broker's price opinion fees** | (9) _____ |
| **10. Property inspection fees** | (10) _____ |
| **11. Tax advances (non-escrow)** | (11) _____ |
| **12. Insurance advances (non-escrow)** | (12) _____ |
| **13. Property preservation expenses** | (13) _____ |
| **14. Escrow shortage or deficiency (not included as part of any installment payment listed** | (14) _____ |

**in line item 15)**

**15. Past Due Payments**
  _____ - _____    __ installments at _____    _____
  _____ - _____    __ installments at _____    _____
  _____ - _____    __ installments at _____    _____
  Past due payments prior to _____ in the total amount of _____
  See attached for breakdown.
           **Total payments due ▸**  (15) _____

**16. Other. Specify:**  (16) _____

**17. Other. Specify:**  (17) _____

**18. Unapplied Funds**  (18) (_____)

**19. Total Claim Amounts not cured by Debtor(s). Add all of the amounts listed above.**  (19) _____

**Part 3: Itemization of Post-Petition Payments, Fees, Expenses and Charges not Cured by Debtor(s)**

Description  Amount

**1. Late charges**  (1) _____

**2. Non-sufficient funds (NSF) fee**  (2) _____

**3. Attorney's fees**  (3) _____

**4. Filing fees and court costs**  (4) _____

**5. Advertisement costs**  (5) _____

**6. Sheriff/auctioneer fees**  (6) _____

**7. Title costs**  (7) _____

**8. Recording fees**  (8) _____

**9. Appraisal/broker's price opinion fees**  (9) _____

**10. Property inspection fees**  (10) _____

**11. Tax advances (non-escrow)**  (11) _____

**12. Insurance advances (non-escrow)**  (12) _____

**13. Property preservation expenses**  (13) _____

**14. Past Due Payments**
  **Escrow advance on the account?**
  ☐ No
  ☐ Yes   Escrow advance balance on the account is _____ and will be collected through the escrow portion of the ongoing monthly installments.
  _____ - _____    __ installments at _____    _____
  _____ - _____    __ installments at _____    _____
  _____ - _____    __ installments at _____    _____
  Past due payments prior to _____ in the total amount of _____
  See attached for breakdown.
           **Total payments due ▸**  (14) _____

**15. Other. Specify:**  (15) _____

**16. Other. Specify:**  (16) _____

**17. Unapplied Funds**  (17) (_____)

**18. Total Claim Amounts not cured by Debtor(s). Add all of the amounts listed above.**  (18) _____

Attorney for creditor (signature) /s/ Crystal V. Sava
Attorney for creditor (print) Crystal V. Sava
Bar registration number 6300765
Company Anselmo Lindberg Oliver LLC
Address (1) 1771 W. Diehl Road, Suite 120
Address (2) Naperville, IL 60563
Phone contact (630) 453-6960
Fax contact (630) 428-4620
Email contact bankruptcy@ALOLawGroup.com

**Additional Documentation**

# UNITED STATES BANKRUPTCY COURT

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2017 a true and correct copy of the foregoing RESPONSE TO NOTICE OF FINAL CURE was served:

**Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:**

Alyssa A Davis, Debtor's Counsel

Glenn B. Stearns, Trustee

Patrick S. Layng, United States Trustee

**And by regular US Mail, postage pre-paid on:**

Charles Kwarteng, 7535 Bayfield Drive, Tinley Park, IL 60487

                                                 /s/ Crystal V. Sava
                                                  Attorney for Creditor